No. 17–0307/AR. Robert B. Bergdahl, Appellant v. Jeffrey R. Nance, Colonel, J.A. Military Judge, and United States. CCA 20170114. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on a petition for a writ of mandamus was filed under Rule 27(b) on this date.

Friday, March 24, 2017

No. 17–0195/AF. U.S. v. Elis M. Lasalle. CCA 38831. On consideration of Appellee's motion to dismiss the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals for lack of jurisdiction, it is noted that the Court of Criminal Appeals affirmed one of the findings of guilty, set aside the other finding of guilty and the sentence, and remanded the record with a rehearing authorized. Under Article 67(c), UCMJ, this Court has jurisdiction to consider the petition. However, given the possibility of a rehearing, the petition is not ripe for review at this time. Accordingly, it is ordered that the motion to dismiss the petition for lack of jurisdiction is hereby denied, and the petition for grant of review is denied without prejudice to Appellant's right to raise the matters asserted during the normal course of appellate review.

No. 17–0310/AF. Joshua Katso, Petitioner v. Christopher F. Burne, Lieutenant General, United States Air Force, in his official capacity as Judge Advocate General of the United States, and Katherine E. Oler, Colonel, United States Air Force, in her official capacity as Chief of the United States Air Force Government Trial and Appellate Counsel Division. CCA 38005. Notice is hereby given that a petition for extraordinary relief in the nature of a petition for writ of prohibition was filed under Rule 27(a) on this date.

No. 16–0705/AR. U.S. v. Sean R. Erikson. CCA 20150130. On consideration of the motion filed by Protect Our Defenders to file an *amicus curiae* brief concerning the constitutionality of considering a victim's privacy under Mil.R.Evid. 412, it is ordered that said motion is hereby denied.

No. 17–0153/AR. U.S. v. Edward J. Mitchell II. CCA 20150776. Appellant's motion for thirty minutes of argument is denied.